Affirmed and Opinion filed March 27, 2003









Affirmed and Opinion filed March 27, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00686-CR

____________

 

COURTNEY
ONEAL SHEPHERD, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 185th District Court

Harris
County, Texas

Trial
Court Cause No. 889,702

 



 

M
E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to the offense of
murder.  On June 27, 2002, the trial
court sentenced appellant to confinement for life in the Institutional Division
of the Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.








Appellant=s appointed counsel filed a brief in which she concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), by
presenting a professional evaluation of the record demonstrating why there are
no arguable grounds to be advanced.  See
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim.
App. 1991).  As of this date, no pro se
response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed March 27, 2003.

Panel consists of Justices
Anderson, Seymore and Guzman.

Do Not Publish C Tex. R.
App. P. 47.2(b).